# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LISA SHIVELY, *et al.*, | ) | CASE NO.: 5:11-CV-02398 |
| | ) | |
| Plaintiffs, | ) | JUDGE: BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEAL** |
| GREEN LOCAL SCHOOL DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that Individual Defendants Michael Nutter, Wade Lucas, Cindy Brown, Mark Booth, Jeff Miller, and Jeff Wells hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's denial of qualified and statutory immunity to the Individual Defendants in its *Memorandum of Opinion and Order*, entered in this action on the 28th day of February, 2013.

.

                                                     Respectfully submitted,

                                                     */s/ Maria Pearlmutter*
                                                     David Kane Smith (0016208)
                                                     Krista Keim (0067144)
                                                     Lindsay Ferg Gingo (0083607)
                                                     Maria Pearlmutter (0087745)
                                                     BRITTON SMITH PETERS
                                                            & KALAIL CO., L.P.A.
                                                     3 Summit Park Drive, Suite 400
                                                     Cleveland, OH 44131
                                                     Telephone: (216) 503-5055
                                                     Facsimile: (216) 503-5065
                                                     Email: dsmith@ohioedlaw.com
                                                                  kkeim@ohioedlaw.com
                                                                  lgingo@ohioedlaw.com
                                                                  mpearlmutter@ohioedlaw.com

                                                     *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2013, a copy of the foregoing *Defendants' Notice of Appeal* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Maria Pearlmutter*
*One of the Attorneys for Defendants*