# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 13-3423

_____

Filed: November 03, 2014

LISA SHIVELY, on her own behalf and on behalf of her minor child other T. S.; ESTATE OF JAMES SHIVELY, on behalf of Lisa A Shively, Executrix originally named as James Shively

    Plaintiffs - Appellees

v.

GREEN LOCAL SCHOOL DISTRICT BOARD OF EDUCATION         5:11cv2398 - BYP

    Defendant

and

MICHAEL NUTTER; WADE LUCAS; CINDY BROWN; MARK BOOTH; JEFF MILLER; JEFF WELLS, In their official and individual capacities; JOHN DOE 1 THROUGH 10

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 08/27/2014 the mandate for this case hereby issues today.  Affirmed in part, reversed in part and remanded.

COSTS:  None