PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LISA SHIVELY, *etc.*, *et al.*, ) | |
| ) | CASE NO.  5:11CV2398 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| GREEN LOCAL SCHOOL DISTRICT ) | |
| BOARD OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

The Court was informed by the Parties' Joint Status Report (ECF No. 72) that the parties have reached a settlement.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before July 13, 2015, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Final Pretrial set for July 31, 2015 and trial set on August 31, 2015 are cancelled.

IT IS SO ORDERED.

 June 12, 2015         　　　　　　　　　　　 */s/ Benita Y. Pearson*
Date　　　　　　　　　　　　　　　　　　　Benita Y. Pearson
　　　　　　　　　　　　　　　　　　　　　United States District Judge