**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LISA SHIVELY, et al.,** | )  **Case No. 5:11 cv 02398** |
| **Plaintiffs,** | ) |
| | **JUDGE BENITA Y.  PEARSON** |
| **-vs-** | ) |
| **GREEN LOCAL SCHOOL DIST.** | )  **STIPULATED DISMISSAL** |
| **BD. OF ED., et al.,** | **WITH PREJUDICE OF** |
| | **ALL CLAIMS** |
| | ) |
| **Defendants.** | |
| | ) |

Now come all parties, by and through undersigned counsel, and stipulate that all remaining

claims brought by all remaining plaintiffs against all defendants are hereby dismissed with

prejudice, each party to bear their own costs and expenses.

Respectfully submitted,

/s/Kenneth D. Myers
KENNETH D. MYERS
6100 Oak Tree Blvd., Suite 200
Cleveland, OH 44131
(216) 241-3900

/s/Miriam Pearlmutter
MIRIAM PEARLMUTTER
DAVID SMITH
KRISTA KEIM
Smith, Peters, Kalail Co., L.P.A.
300 Summit Park Drive
Cleveland, OH 44131
(216) 503-5055

Counsel for all Plaintiffs

Counsel for all Defendants

/s/Adele P. Kimmel  
ADELE P. KIMMEL  
Public Justice, P.C.  
1825 K Street, N.W.  
Washington, D.C.  20006  
202-797-8600  

Counsel for all Plaintiffs  

/s/Christopher P. Thorman  
CHRISTOPHER P. THORMAN  
BRENDAN HEALY  
Thorman, Petrov, Griffin Co., L.P.A.  
3100 Terminal Tower  
50 Public Square  
Cleveland, OH 44113  
(216) 621-3500  

Counsel for all Plaintiffs  

CERTIFICATE OF SERVICE

The foregoing has been sent, via the Court's electronic filing system, to all parties on this 8th day of July, 2015.

/s/Kenneth D. Myers  
KENNETH D. MYERS  

Counsel for all Plaintiffs